IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRUCE M. SAVAGE,

   Plaintiff,

  v.

GEORGIA DEPARTMENT OF
TRANSPORTATION,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2459-TWT

### ORDER

This is an employment discrimination case. It is before the Court on the Report and Recommendation [Doc.17] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 3]. I approve and adopt the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] and the Plaintiff's Motion to Deny [Doc. 5] are DENIED as moot.

SO ORDERED, this 9 day of December, 2010.


                       /s/Thomas W. Thrash
                       THOMAS W. THRASH, JR.
                       United States District Judge