IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRUCE M. SAVAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGIA DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-2459-TWT |

## ORDER

This is an employment discrimination case. It is before the Court on the Report and Recommendation [Doc. 61] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 43]. The Magistrate Judge correctly held that the Plaintiff failed to establish a prima facie case and the Defendant had a legitimate non-discriminatory reason for demoting the Plaintiff. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 43] is GRANTED.

SO ORDERED, this 18 day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge